**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RICHARD CARROLL**                                                 **PLAINTIFF**

VS.                                  NO. 4:06CV001658

**SMURFIT-STONE CONTAINER
ENTERPRISES, INC.**                                           **DEFENDANT**

**ORDER**

Pending is the parties' joint motion to stay. (Docket # 31). For good cause shown, the motion is GRANTED. The parties have agreed to settle this case, accordingly, this case will be removed from the trial docket the week of August 27, 2007 and will be stayed pending the execution of the settlement agreement.

IT IS SO ORDERED this 17th day of August, 2007.

_____
James M. Moody
United States District Judge