**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RICHARD CARROLL**                                                      **PLAINTIFF**


**VS.**                                      **NO. 4:06CV001658**


**SMURFIT-STONE CONTAINER
ENTERPRISES, INC.**                                                      **DEFENDANT**

**<u>ORDER</u>**

     Pending is the parties' joint motion to dismiss with prejudice.  (Docket # 33).  For good

cause shown, the motion is granted.  This case is hereby dismissed with prejudice.  The Clerk is

directed to close the case.

     IT IS SO ORDERED this 26th day of October, 2007.


                                   James M. Moody
                                United States District Judge